IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KEVIN LAMONT WALKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-478-HE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **REPORT AND RECOMMENDATION**

The Petitioner has moved for leave to proceed *in forma pauperis* (Docs. 7, 11) and has now paid the $5.00 filing fee (Doc. 16). The motions for pauper status are moot in light of Mr. Walker's payment of the filing fee in full. Accordingly, the motions for pauper status should be stricken on grounds of mootness.

The Petitioner is advised of his right to object to this report and recommendation by June 21, 2010. *See* Fed. R. Civ. P. 6(a)(1)(C), 6(d), 72(b)(2); 28 U.S.C. § 636(b)(1) (2006). If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This report and recommendation does not terminate the referral.

Entered this 3rd day of June, 2010.

_____
Robert E. Bacharach
United States Magistrate Judge