# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| KEVIN LAMONT WALKER, | ) |  |
|---|---|---|
|  | ) |  |
| Petitioner, | ) |  |
| vs. | ) | NO. CIV-10-478-HE |
|  | ) |  |
| UNITED STATES OF AMERICA, | ) |  |
|  | ) |  |
| Respondent. | ) |  |

## ORDER

Petitioner Kevin Lamont Walker moved for leave to proceed *in forma pauperis* ("*ifp*") and then paid the filing fee. Consequently Magistrate Judge Robert E. Bacharach recommended that the petitioner's motions for *ifp* status be stricken on grounds of mootness. As petitioner did not object to the Report and Recommendation, the court adopts it and strikes petitioner's motions [Doc. Nos. 7, 11] as being moot.[1]

**IT IS SO ORDERED**.

Dated this 26th day of July, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

---

[1] As noted by the magistrate judge, the Report and Recommendation did not terminate the referral.